UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARSHALL ALLEN COATS,

Plaintiff,

v.

DARYL SINGLETON, *et al.*,

Defendants.

Case No. C26-2090-RSL-MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's amended complaint (dkt. # 16) and this action are DISMISSED with prejudice. This dismissal shall be counted as a strike under 28 U.S.C. § 1915(g).

(3) Plaintiff's application to proceed *in forma pauperis* (dkt. # 9) is DENIED as moot.

Dated this 16th day of October, 2026.

Robert S. Lasnik
United States District Judge